**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 13, 2014.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-13-00908-CV**

---

## IN RE RUSSELL T. LLOYD, JOHN M. O'QUINN & ASSOCIATES, L.L.P., AND JOHN M. O'QUINN & ASSOCIATES, P.L.L.C., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-61780**

---

## MEMORANDUM OPINION

On October 17, 2013, relators Russell T. Lloyd, John M. O'Quinn & Associates, L.L.P., and John M. O'Quinn & Associates, P.L.L.C. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also*

Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Larry Weiman, presiding judge of the 80th District Court of Harris County, to set aside his October 17, 2013 order denying their motions to exclude the expert opinions of Brent Bersin.

Relators have not established their entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.